# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

RUSSELL TIMOTHY HARRIS,

    Plaintiff,

  v.

SHEILAH BASHFORD,

    Defendant.

Case No. 1:23-cv-371

JUDGE DOUGLAS R. COLE
Magistrate Judge Bowman

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **30 days** and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    SO ORDERED.

May 24, 2024
**DATE**

                                        **DOUGLAS R. COLE**
                                        **UNITED STATES DISTRICT JUDGE**