IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RUSSELL TIMOTHY HARRIS, | CASE NO. 1:23-CV-00371 |
| Plaintiff, | JUDGE STEPHANIE BOWMAN |
| vs. | ENTRY OF DISMISSAL WITH PREJUDICE |
| SHEILAH BASHFORD, | |
| Defendant. | |

The within action having been amicably settled and resolved by agreement among the parties and their respective counsel, the Complaint of Plaintiff against Defendant, Sheilah Bashford, may be and is hereby dismissed, with prejudice to any future action. Costs to be borne by Defendant, Sheilah Bashford. The Court retains jurisdiction to interpret and/or enforce the settlement agreement reached between the parties.

_____
JUDGE STEPHANIE BOWMAN

HAVE SEEN AND AGREE

*/s/ Russell Timothy Harris*
Russell Timothy Harris
4118 E Epler Ave
Indianapolis, IN 46237
(513) 317-5081
timharris@fuse.net
**Pro Se Plaintiff**

*/s/ Molly G. Vance*
Molly G. Vance (0076494)
P.O. Box 6835
Scranton, PA 18505-6835
Molly.Vance@LibertyMutual.com
**Attorney for Defendant**
**Sheilah Bashford**